WILLIAM C. GRAY, as Receiver of ROCHESTER, CORNING AND ELMIRA TRACTION COMPANY, Appellant, *v.* OTTO C. HEINZE et al., Respondents.

*Gray* v. *Heinze*, 174 App. Div. 924, affirmed.

(Argued December 4, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 28, 1916, affirming a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court on trial at Special Term in an action against former directors of the Rochester, Corning and Elmira Traction Company, to require them to account for money of the corporation which the complaint alleges was taken and withdrawn from the corporation and paid to and received by the defendants Heinze and Schultze and converted by them to their own use pursuant to an alleged conspiracy entered into between all the defendants.

*Abraham Benedict* and *Harlan W. Rippey* for appellant.

*Daniel P. Hays, Edwin D. Hays, Wales F. Severance, Louis H. Moss* and *Gaston Rosensteil* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, MCLAUGHLIN and CRANE, JJ.